UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------x
CHRISTOPHER E. BROWN,

                    Plaintiff,

-against-                    Civ. No.: 14-CIV-06711 (SLT)(VMS)

GGP NIMBUS, L.P.                **STIPULATION**

                    Defendants.
---------------------------------------------x

       Plaintiff and Defendant, through their undersigned attorneys, hereby stipulate to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fee, expenses or disbursements to any party as against the other. The parties hereby stipulate and agree that no party hereto is an infant or incompetent person for whom a committee has been appointed.

| | |
|---|---|
| LAW OFFICE OF OLIVIA D. ROSARIO | JACKSON LEWIS P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 31-19 Newtown Avenue, Suite 901 | 44 South Broadway, 14th Floor |
| Long Island City, New York 11102 | White Plains, New York 10601 |
| Tel: (212) 268-5012 | (914) 872-8060 |
| By: _Olivia D. Rosario_ | By: _[signature]_ |
|     Olivia D. Rosario, Esq. |     Joseph J. Lynett, Esq. |
| Dated: _____ | Dated: March 12, 2015 |